UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION (DETROIT)

In re:                                                                            Chapter 7

Kelli Lynn Hardeman,                               Case Number 23-45968

        Debtor.                                                  Hon. Mark A. Randon

_____/

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the application for individuals to pay the filing fee in installments, the Court orders that the Debtor must pay the filing fee according to the following terms:

1.      $63.37 on or before *August 7, 2023*

2.      $63.37 on or before *September 5, 2023*

3.      $63.38 on or before *October 4, 2023*

4.      $63.38 on or before *November 3, 2023*.

Until the filing fee is paid in full, the Debtor will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

      **IT IS ORDERED**.
**Signed on July 9, 2023**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**