# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
## Southern Division

**In the Matter of:**

**Kelli Lynn Hardeman,**                    **Bankruptcy No: 23-45968-mar**

                                            **Chapter 7**

_____Debtor(s)

## ORDER TO SHOW CAUSE
## ON DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of <u>** $190.13 **</u> as ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

This is to notify you that a hearing will be held on **December 18, 2023** at **10:00 AM** before the Honorable Mark A. Randon in Room <u>1825</u>, 211 W. Fort St, Detroit, Michigan 48226, to show cause why the case should not be dismissed pursuant to Bankruptcy Rule 1017(b)(1) and 11 U.S.C. Section 707 (a)(2).

The debtor and the attorney for the debtor must appear at this hearing, unless the fees are paid in full prior to the hearing date. Notice must be given to the courtroom deputy that the fee has been paid. **If the fee is not paid prior to the hearing date and if the debtor and attorney for debtor fail to appear at this hearing, the case may be dismissed.**

**\*\*NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order. Credit cards will only be accepted from attorneys through pay.gov.**

*Note: Judge Randon is conducting all conferences and non-evidentiary hearings by telephone. At least five minutes prior to scheduled time for hearing, counsel and parties should call 1-(888)363-4734 and use Access Code 2795304. Please place phone on mute and wait until your case is called. Once case is called, unmute phone and participate.*

**Signed on November 7, 2023**



/s/ Mark A. Randon
_____
**Mark A. Randon**
**United States Bankruptcy Judge**